1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
     Including Professional Corporations
2  HAYLEY S. GRUNVALD, Cal. Bar No. 227909
3  hgrunvald@sheppardmullin.com
   12275 El Camino Real, Suite 200
4  San Diego, California 92130-4092
   Telephone:  858.720.8900
5  Facsimile:   858.509.3691

6  Attorneys for Defendant,
   TCP - The Children's Place, Inc.
7

8  MANNING LAW, APC
   JOSEPH R. MANNING, JR., Cal. Bar No. 223381
9  20062 SW Birch St., Ste. 200
   Newport Beach, CA 92660
10 Telephone: (949) 200-8755

11 Attorneys for Plaintiff,
   Gabriela Cabrera

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GABRIELA CABRERA, an individual, | Case No. 2:20-cv-02427 FMO-RAOx |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| TCP - THE CHILDREN'S PLACE, INC., a Delaware Corporation; and DOES 1-10, | Complaint Served: **March 25, 2020**<br>Current Response Date: **April 15, 2020**<br>New Response Date: **May 15, 2020**<br>Trial Date:  None Set |
| Defendants. | |

# **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Plaintiff Gabriela Cabrera ("Plaintiff"), and Defendant TCP - The Children's Place, Inc. ("Defendant") jointly stipulate to extend Defendant's time to respond to Plaintiff's initial complaint from April 15, 2020 to May 15, 2020.  The Parties believe that good cause exists based on the following:

1. Plaintiff filed this ADA access case on March 13, 2020.
2. Defendant was served with Plaintiff's complaint on March 25 2020.
3. The Parties agree and stipulate to, pursuant to Local Rule 8-3, extending Defendant's time to respond to May 15, 2020.
4. The Parties are also currently exploring a possible early resolution of the case.

Dated:  April 3, 2020

                        Respectfully submitted,

                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                        By        */s/ Hayley S. Grunvald*
                                  HAYLEY S. GRUNVALD

                        Attorneys for Defendant,
                        TCP - The Children's Place, Inc.

1  Dated: April 3, 2020

2                              MANNING LAW, APC

3

4

5              By      */s/ Joseph R. Manning*
                    JOSEPH R. MANNING, JR.

6

7              Attorneys for Plaintiff, Gabriela Cabrera

# SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: April 3, 2020

By: */s/ Hayley S. Grunvald*
Attorney for Defendant,
TCP - The Children's Place, Inc.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 12275 El Camino Real, Suite 200, San Diego, CA 92130-4092.

On April 7, 2019, I served true copies of the following document(s) described as **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** on the interested parties in this action as follows:

**SERVICE LIST**

MANNING LAW, APC
Joseph R. Manning, Jr.
20062 SW Birch St., Ste. 200
Newport Beach, CA 92660

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made

Executed on April 7, 2020, at San Diego, California.

*dawn Anderson*
Dawn Anderson